Rel: November 8, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2023-0641

Tillman M. Pugh v. William Thomas Pugh (Appeal from Russell Circuit Court: CV-22-900035).

SHAW, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Bryan, Mendheim, and Mitchell, JJ., concur.